IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KEVIN VOIGT,

                                                                                   ORDER

                             Plaintiff,

                                                                           13-cv-170-bbc

     v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       On August 13, 2013, plaintiff Kevin Voigt filed a motion under 42 U.S.C. § 405(g), seeking review of the defendant Commissioner's final decision that he was not disabled. On April 15, 2014, following full briefing by the parties, the court entered judgment in favor of the commissioner. Plaintiff appealed. In a judgment dated March 26, 2015, the Court of Appeals for the Seventh Circuit reversed and remanded with instructions for this court to remand the case to the Social Security Administration for further proceedings consistent with the appellate opinion.

       Accordingly, IT IS ORDERED that the judgment entered herein on April 15, 2014 is VACATED and this case is REMANDED to the Commissioner for further action consistent with the March 26, 2015 order of the Court of Appeals for the Seventh Circuit.

       Entered this 19th day of May, 2015.

                                          BY THE COURT:

                                          /s/

                                          BARBARA B. CRABB
                                          District Judge