IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN VOIGT,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                             13-cv-170-bbc

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

       This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered remanding this case to the Commissioner for further action consistent with the March 26, 2015 order of the Court of Appeals for the Seventh Circuit.

| /s/ | 5/20/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |